UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO G. MARTINEZ, | No. 2:14-cv-00333 MCE DAD P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL BABCOCK, Warden, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  There are three problems with petitioner's application to proceed in forma pauperis:  (1) it is not on the form used by this district; (2) petitioner did not sign and date the application; and (3) the application does not include a copy of petitioner's prison trust account statement for the six-month period preceding the filing date of his petition.  Petitioner will be accorded the opportunity to submit the appropriate affidavit in support of his request to proceed in forma pauperis; alternatively, petitioner may pay the filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

////

////

////

1

Acccordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days after the filing date of this order, submit the appropriate affidavit in support of his request to proceed in forma pauperis, or pay the filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send petitioner a blank copy of the form used by prisoners in this district to apply for in forma pauperis status.

Dated: June 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mart0333.101a