UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO G. MARTINEZ, | No. 2:14-cv-00333 MCE DAD P |
| Petitioner, | |
| v. | ORDER |
| RAFAEL ZUNIGA,[1] Warden, | |
| Respondent. | |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a second request to proceed in forma pauperis.

Examination of petitioner's in forma pauperis affidavit indicates that his "average of monthly deposits" during the last six months was $1,510.60. (See ECF No. 9 at 2.) The court is unable to determine whether this statement is accurate or reflects a misunderstanding of the question, because petitioner has also failed to include a certified copy of his prison trust account statement, as ordered by the court (see ECF No. 8).

/////

---

[1] Rafael Zuniga, the current Warden of Herlong Federal Correctional Institution (petitioner's place of incarceration), is substituted for former Warden Michael Babcock, as the respondent herein. See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004) (in section 2241 habeas action challenging physical confinement, "the immediate custodian . . . is the proper respondent"); Mujahid v. Daniels, 413 F.3d 991, 994 (9th Cir. 2005) (section 2241 petitioner properly named as respondent "the warden of the institution where he was imprisoned").

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days after the filing date of this order, submit a newly completed affidavit in support of his request to proceed in forma pauperis, together with a certified copy of his prison trust account statement for the six-month period preceding the commencement of this action.

2. Alternatively, petitioner may submit the appropriate filing fee ($5.00).

3. The Clerk of the Court is directed to send petitioner a blank copy of the form used by prisoners in this district to apply for in forma pauperis status.

Dated:  September 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
Mart0333.101a.2

2