UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO G. MARTINEZ, | No. 2:14-cv-00333 MCE DAD P |
| Petitioner, | |
| v. | ORDER |
| RAFAEL ZUNIGA,[1] Warden, | |
| Respondent. | |

Petitioner is a federal prisoner who, while incarcerated at Herlong Federal Correctional Institution, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 25, 2014, this court directed petitioner to submit a new and fully completed application to proceed in forma pauperis, or pay the filing fee ($5.00), within thirty days. (See ECF No. 10.) The time for compliance has expired. However, review of the "Inmate Locator" website operated by the Federal Bureau of Prisons indicates that petitioner is now incarcerated at

---

[1] For present purposes, Conrad M. Graber, Warden of Safford Federal Correctional Institution, is substituted as respondent herein. See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004) (in section 2241 habeas action challenging physical confinement, "the immediate custodian . . . is the proper respondent"); Mujahid v. Daniels, 413 F.3d 991, 994 (9th Cir. 2005) (a § 2241 petitioner properly named as respondent "the warden of the institution where he was imprisoned"). Petitioner shall file a notice of change of address with the Clerk of Court, and identify the appropriate respondent in this action in petitioner's future filings.

1

Safford Federal Correctional Institution, in Arizona.[2] Therefore, a copy of the court's prior order will be forwarded to petitioner together with a copy of this order, and petitioner will be granted an additional period of time within which to comply with the court's prior order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days after the filing date of this order, submit a newly completed affidavit in support of his request to proceed in forma pauperis, together with a certified copy of his prison trust account statement for the six-month period preceding the commencement of this action.

2. Alternatively, petitioner may submit the appropriate filing fee ($5.00).

3. The Clerk of Court is directed to send petitioner the following:  (1) a copy of this order; (2) a copy of the court's order filed September 25, 2014 (ECF No. 10); and (3) a blank copy of the form used by prisoners in this district to apply for in forma pauperis status.

4. The Clerk of Court is directed to modify plaintiff's present address of record as follows, and to send this order and related materials to plaintiff at the following address:

FCI Safford  
FEDERAL CORRECTIONAL INSTITUTION  
P.O. BOX 9000  
SAFFORD, AZ  85548

Dated:  November 10, 2014

_____  
DALE A. DROZD  
UNITED STATES MAGISTRATE JUDGE

DAD:4  
mart0333.forward

---

[2] See http://www.bop.gov/inmateloc/.  This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").